AO 91 (Rev. 01/09) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of New Mexico

| | |
|---|---|
| United States of America<br>v.<br><br>Dayan Alejandra PINEDA-Gutierrez<br><br>*Defendant(s)* | )<br>)<br>) Case No: 25-619 MJ<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief. On or about the date of <u>April 01, 2025</u> in the county of <u>Dona Ana</u> in the <u>State and</u> District of <u>New Mexico</u>, the defendant violated <u>8 U.S.C. §1326(a)(1),(2)(Re-Entry After Deport)</u>, an offense described as follows:

an alien, who had been previously arrested and deported from the United States and who had not received the consent of the appropriate authority of the United States to reapply for admission into the United States, was found in the United States, being willfully in the United States unlawfully.

This criminal complaint is based on these facts:
On April 01, 2025, a United States Border Patrol Agent encountered the Defendant in Dona Ana County, New Mexico. When questioned as to her citizenship the Defendant admitted to being a citizen of Guatemala without authorization to enter or remain in the United States. Record checks revealed that the Defendant had been previously deported to Guatemala via El Paso, Texas on or about March 22, 2024. There is no evidence that the Defendant received permission from the appropriate Authority to reapply for admission into the United States.

☐ Continued on the attached sheet.

_____
Complainant's signature

Daniel Calzada, Agent
Printed name and title

Sworn to ~~before me and signed in my presence.~~ by telephone.

Date: April 4, 2025

_____
Judge's signature

City and state: Las Cruces, N.M.

Kevin R. Sweazea, U.S. Magistrate Judge
Printed name and title